**Dismissed and Memorandum Opinion filed May 9, 2024**



In The

# Fourteenth Court of Appeals

### NO. 14-24-00094-CV

## JIMMY C. OLANIPEKUM, Appellant

## V.

## JESUS FERNANDO AGUINAGA, Appellee

**On Appeal from the 127th District Court
Harris County, Texas
Trial Court Cause No. 2020-77599**

### MEMORANDUM OPINION

This is an attempted appeal from a judgment signed October 4, 2023. Appellant filed a timely motion for reconsideration on November 3, 2023. Appellant's notice of appeal was filed February 6, 2024. When appellant has filed a timely post-judgment motion, the notice of appeal must be filed within 90 days after the date the judgment is signed. *See* Tex. R. App. P. 26.1(a).

Appellant's notice of appeal was not filed timely. A motion to extend time is necessarily implied when an appellant, acting in good faith, files a notice of appeal

beyond the time allowed by Texas Rule of Appellate Procedure 26.1, but within the 15-day grace period provided by Rule 26.3 for filing a motion to extend time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617–18 (1997) (construing the predecessor to Rule 26). Appellant's notice of appeal was not filed within the 15-day period provided by Texas Rule of Appellate Procedure 26.3.

On April 18, 2024, notification was transmitted to all parties the appeal was subject to dismissal without further notice for want of jurisdiction. *See* Tex. R. App. P. 42.3(a). Appellant's response does not demonstrate that we have jurisdiction.

Accordingly, we dismiss the appeal.

PER CURIAM

Panel consists of Justices Wise, Bourliot, and Wilson.